■ SHELDON H. SOLOW, Appellant, v FESTIVAL LEASEHOLD Co. et al., Respondents, et al., Defendants.—Order and judgment (one paper), Supreme Court, New York County, entered on March 9, 1978, unanimously affirmed

for the reasons stated by Greenfield, J. Respondents shall recover of appellant $60 costs and disbursements of this appeal. Concur—Lupiano, J. P., Silverman, Lane and Sullivan, JJ.